# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-198-FDW

| | |
|---|---|
| JAMES A. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRETT SIMMONS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on periodic status review of the case.

On October 16, 2018, the United States Marshals Service was ordered to attempt to serve Defendant Hinson in accordance with Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 16). The U.S. Marshals Service was instructed to use all reasonable efforts to locate and obtain personal service on Defendant Hinson and, if it was unable to obtain service on Defendant, to inform the Court of its reasonable attempts to do so. (Id.). No summons form has been returned with regards to Defendant Hinson to date.

Within 14 days of this Order, the U.S. Marshals Service shall file a Response informing the Court of the status of its efforts to serve Defendant Hinson in accordance with the October 16, 2018, Order.

1

**IT IS THEREFORE ORDERED that:**

(1) The U.S. Marshal shall file a Response within **fourteen (14)** days of this Order informing the Court of the status of its efforts to serve Defendant Hinson.

(2) The Clerk of Court is respectfully instructed to mail a copy of this Order to the U.S. Marshal.

Signed: November 20, 2018

Frank D. Whitney
Chief United States District Judge

2