UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-198-FDW

| JAMES A. WILSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRETT SIMMONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Kearry Hinson's Motion *Nunc Pro Tunc* to Deem Answer Timely Filed, (Doc. No. 28). Defendant argues that the Answer should be accepted as timely filed because the Clerk of Court has not entered a default and Plaintiff has not moved for default judgment, Hinson has a valid defense, it will not prejudice Plaintiff, and Hinson and his counsel were not dilatory. For good cause shown,

**IT IS ORDERED** that Defendant Hinson's Motion *Nunc Pro Tunc* to Deem Answer Timely Filed, (Doc. No. 28), is **GRANTED**.

Signed: May 14, 2019

Frank D. Whitney
Chief United States District Judge

1