UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-198-FDW

| | |
|---|---|
| JAMES A. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRETT SIMMONS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Defendants Dmanto, Hinson, Honbarrier and Simmons' Motion for Leave to Manually File Video Exhibit, (Doc. No. 38), in support of their Motion for Summary Judgment.

Defendants seek leave to file a digital video of the incident in question in support of their Motion for Summary Judgment. The Motion will be granted pursuant to the Court's ECF Administrative Procedures. See Administrative Procedures Governing Filing and Service by Electronic Means, Section IV(G) (rev. Jan. 1, 2018). Counsel for Defendants will ensure that a copy of the video is made available for Plaintiff's viewing if he requests an opportunity to view it.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion for Leave to Manually File Video Exhibit, (Doc. No. 38), is **GRANTED** in accordance with this Order.

Signed: May 31, 2019

Frank D. Whitney
Chief United States District Judge

1