IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:18-cv-00198-MR

| | |
|---|---|
| JAMES A. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BRENT SIMMONS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On June 9, 2020, the Court entered an Order directing the parties to advise the Court whether they would agree to a bench trial in this matter. [Doc. 46]. The parties have not responded to the Court's Order. Accordingly, the Court will set this matter for a trial by jury during the first mixed term on or after March 8, 2021.

**IT IS, THEREFORE, ORDERED** that this case is hereby set for a trial by jury during the first mixed term beginning on or after **March 8, 2021**.

**IT IS SO ORDERED.**   Signed: July 14, 2020

Martin Reidinger
Chief United States District Judge