IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:18-cv-00198-MR

| | |
|---|---|
| JAMES A. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRETT SIMMONS, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

This civil rights action was filed by the incarcerated *pro se* Plaintiff pursuant to 42 U.S.C. § 1983. A jury trial is scheduled to commence during the March 8, 2021 trial term. [Docs. 47, 50]. The parties have not, to date, requested a judicial settlement conference. See LCvR 16.3(d). The parties shall, within fourteen (14) days of this Order, advise the Court in writing as to whether they are requesting a judicial settlement conference in this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall, within **fourteen (14) days** of this Order, advise the Court in writing as to whether they are requesting a judicial settlement conference in this matter.

**IT IS SO ORDERED**.

Signed: January 15, 2021

Martin Reidinger
Chief United States District Judge