IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00198-MR

| | |
|---|---|
| JAMES A. WILSON, | )<br>) |
| Plaintiff, | )<br>)<br>) ORDER |
| v. | )<br>) |
| BRETT SIMMONS<br>*Sergeant at Lanesboro Correctional*<br>FNU HONBARRIER<br>*Correctional Officer at Lanesboro Correctional*<br>FNU HINSON<br>*Correctional Officer at Lanesboro Correctional*<br>FNU DMANTO<br>*Correctional Officer at Lanesboro Correctional* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the undersigned following the Order of the District Court granting Defendants' Request for a Judicial Settlement Conference. Doc. 55.

A judicial settlement conference has been set for **Thursday, February 18, 2021** beginning at 1:00 p.m.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Maury Correctional Institution, Plaintiff's present place of incarceration. Maury Correctional

Institution shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of all Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than February 12, 2021 or be subject to summary denial.

The Clerk is respectfully instructed to certify a copy of this Order to Carolee Coley at Maury Correctional Institution.

It is so ordered.

Signed: February 8, 2021

W. Carleton Metcalf
United States Magistrate Judge