# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00198-GCM

| | |
|---|---|
| JAMES A. WILSON,<br><br>  **Plaintiff,**<br><br>v.<br><br>BRETT SIMMONS,<br>FNU HINSON,<br>FNU HONBARRIER,<br>FNU DMANTO,<br><br>  **Defendants.** | **ORDER** |

**TO:** U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.

**TO:** Warden, Maury Correctional Institution, Laurinburg, North Carolina.

**IT IS ORDERED** that the Warden of the Maury Correctional Institution, have the body of **James A. Wilson**, offender number **0975870**, now incarcerated at the Maury Correctional Institution, under safe and secure conduct before the undersigned United States Senior District Judge Graham C. Mullen, in and for the United States District Court for the Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, on or before **June 21, 2021, at 10:00 a.m.**, to be present for the trial in this matter. Mr. Wilson's trial is scheduled to begin at **10:00 a.m. on Monday, June 21, 2021**, in Courtroom 8 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

Because Mr. Wilson is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Wilson while he is in the

courthouse. The Warden of Maury Correctional Institution shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Wilson for the duration of the trial in this matter. **The Warden of Maury Correctional Institution shall ensure that Mr. Wilson is present for each and every day of trial until the trial is completed**.

**IT IS, THEREFORE, ORDERED** that the Warden at the Maury Correctional Institution must transport Plaintiff James A. Wilson, so that he is present for trial to begin on **Monday, June 21, 2021 at 10:00 a.m.,** and then return him to the Maury Correctional Institution at the conclusion of trial.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the U.S. Marshal, and the Warden of the Maury Correctional Institution, P.O. Box 506, Maury, NC 28554.

**SO ORDERED.**

Graham C. Mullen
United States District Judge