**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:18-CV-00198-GCM**

| | |
|---|---|
| **JAMES A. WILSON,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **BRETT SIMMONS,**<br>**FNU  HINSON,**<br>**FNU HONBARRIER,**<br>**FNU DMANTO,** | |
| **Defendants.** | |

**THIS MATTER** comes before the Court *sua sponte*.  The Court previously continued the

trial in this matter (ECF Doc. 80) to a date to be determined.  Upon review of the Court's calendar,

the Court is now prepared to reset the trial.

**IT IS THEREFORE ORDERED** that the trial in the above-captioned matter shall be reset

to October 25, 2021, beginning at 10:00 AM in the Charles R. Jonas Federal Building, 401 W.

Trade St. Charlotte, NC 28202 before Senior Judge Graham C. Mullen.

**SO ORDERED**.

Signed: July 23, 2021

Graham C. Mullen
United States District Judge