# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| James A. Wilson, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:18-cv-00198-GCM |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Brett Simmons et al, | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on October 26, 2021 Order.

November 1, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court